UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

S.J.K., by and through S.L.K., as Next Friend, Parent and Court-Appointed Co-Guardian, and S.L.K., Individually,

        Plaintiff,

v.

WALT DISNEY PARKS AND RESORTS US, INC.

        Defendant.

_____/

Case No. 6:14-cv-1890-ACC-GJK

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Please take notice of the following attorney information change for Domenick Lazzara, Esquire.

1. My State Bar Number is Fla 0103071.

2. I am one of the co-counsel of record for Plaintiffs in the above-entitled case.

3. My old firm information is as follows:

    Firm Name: LEE & LAZZARA, PLLC
    Firm Address: 3804 W. North B Street, Tampa FL 33609
    Firm Telephone Number: 813.606.4533
    Firm Fax Number: 813.606.4500

4. My new and current Firm information is as follows:

    Firm Name: DOMLAW, PA
    Firm Address: 1814 N. 15th Street, Tampa, Florida 33605
    Firm Telephone Number: 813.606.5036

Firm Fax Number: 813.606.5336
Firm Email Address:dom@domlaw.com; filings@comlaw.com

5. I will continue to be co-counsel of record on the above-entitled case at my new Firm.

6. In accordance with this Court's local rules, I have also submitted said Notice of Change of Address through CM/ECF.

Submitted this 26th day of October 2019 by:

**DOM LAW, PA**

By:s/*Domenick G. Lazzara, Esq./*

**Domenick Lazzara, Esq.**
Fla. Bar #103071
1814 North 15th Street,
Tampa, Florida 33605
P:   813.606.5036
F:   813.606.5336
E:   dom@domlaw.com
     filings@domlaw.com

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that on this 26th day of October 2019 he will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

**DOM LAW, PA**

**By:**/*Domenick G. Lazzara, Esq.*
**Domenick Lazzara, Esq.**
Fla. Bar #103071