# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| S.J.K., by and through S.L.K., as Next Friend, Parent and Court-Appointed Co-Guardian, and S.L.K., Individually<br><br>Plaintiffs,<br><br>vs.<br><br>Walt Disney Parks and Resorts U.S., Inc.,<br><br>Defendant. | Case No. 6:14-cv-1890-ACC-GJK |

## WALT DISNEY PARKS AND RESORTS U.S., INC.'S UNOPPOSED MOTION TO BRIEF THE COURT AT ITS EARLIEST CONVENIENCE ON CHANGES TO DISNEY'S ATTRACTION ACCESS PROGRAMS AND OTHER NEW PRODUCTS[1]

On August 18, 2021, defendant Walt Disney Parks and Resorts U.S., Inc. ("Disney") publicly announced new attraction access programs and digital navigation tools which will be rolled out at its theme parks this coming fall. In light of Disney's pending motion on the preclusive effect of the Court's fundamental alteration ruling in *A.L. v. Walt Disney Parks and Resorts U.S., Inc.*, 469 F. Supp. 3d 1280 (M.D. Fla. 2020) (Doc. No. 111), Disney respectfully requests that the Court schedule an in-person conference in chambers or Zoom videoconference so that Disney's counsel can explain the new programs and answer any questions this Court might have about the upcoming changes.

---

[1] Although Disney seeks to brief the Court at the Court's earliest convenience, Disney does not seek emergency or time-sensitive relief pursuant to Local Rule 3.01(e).

## Memorandum of Law

"A district court has inherent authority to manage its own docket so as to achieve the orderly and expeditious disposition of cases." *Equity Lifestyle Props., Inc. v. Fla. Mowing & Landscape Serv., Inc.*, 556 F.3d 1232, 1240 (11th Cir. 2009). To insure that the Court is fully informed about Disney's new programs and services, Disney respectfully requests the opportunity to provide to the Court and to plaintiffs' counsel information on the upcoming changes and answer any questions the Court might have.

Dated:  August 18, 2021                                     Respectfully submitted,

*/s/ Jon Michael Philipson*
Jon Michael Philipson
Florida Bar No. 092960
Thomas & LoCicero, PL
601 South Boulevard
Tampa, FL 33606
Telephone: (813) 984-3060
Facsimile: (813) 984-3070
Primary: jphilipson@tlolawfirm.com
Secondary: dlake@tlolawfirm.com

-and-

Kerry Alan Scanlon (admitted *pro hac vice*)
Jeremy M. White (admitted *pro hac vice*)
McDermott Will & Emery LLP
500 North Capitol Street, NW
Washington, DC 20001
(202) 756-8696 telephone
(202) 756-8087 facsimile
kscanlon@mwe.com
jmwhite@mwe.com

*Attorneys for Defendant Walt Disney Parks and Resorts U.S., Inc.*

## **LOCAL RULE 3.01(g) CERTIFICATION**

Pursuant to Local Rule 3.01(g), Disney's counsel conferred with counsel for plaintiffs on August 18, 2021, who indicated that they do not oppose this motion.

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all Counsel of Record.

*/s/ Jon Michael Philipson*
Jon Michael Philipson