# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| S.J.K., by and through S.L.K., as Next Friend, Parent and Court-Appointed Co-Guardian, and S.L.K., Individually<br><br>Plaintiffs,<br><br>vs.<br><br>Walt Disney Parks and Resorts U.S., Inc.,<br><br>Defendant. | Case No. 6:14-cv-1890-ACC-GJK |

## WALT DISNEY PARKS AND RESORTS U.S., INC.'S UNOPPOSED MOTION TO RESCHEDULE OCTOBER 5, 2021, HEARING ON CHANGES TO DISNEY'S ATTRACTION ACCESS PROGRAMS AND OTHER NEW PRODUCTS

Defendant Walt Disney Parks and Resorts U.S., Inc. ("Disney") respectfully requests that the Court reschedule the October 5, 2021, hearing to the following week due to the unavailability of Disney's lead counsel. Plaintiffs do not oppose this motion.

I. **Background**

On August 18, 2021, Disney filed its Unopposed Motion to Brief the Court on the Changes to Disney Attraction Access Programs and Other New Products (Doc. No. 114). On August 20, 2021, the Court granted that motion and set a hearing for October 5, 2021. (Doc. No. 115).

Due to a scheduling conflict, Disney's lead counsel is unavailable on the scheduled hearing date. Disney apologizes for any inconvenience to the Court's docket and is seeking this relief as soon as possible.

## II. Memorandum of Law

"A district court has inherent authority to manage its own docket so as to achieve the orderly and expeditious disposition of cases." *Equity Lifestyle Props., Inc. v. Fla. Mowing & Landscape Serv., Inc.*, 556 F.3d 1232, 1240 (11th Cir. 2009). To insure an orderly disposition of the cases, Disney respectfully requests this relief.  The participation of Disney's lead counsel is critical to fulfilling the purpose of the hearing—Disney's explanation of the new programs and the answering of any questions this Court might have about the upcoming changes.

Disney has conferred with plaintiffs' counsel, and both parties are available for a hearing on October 12, 13, 14, or 15, should the Court have any availability on those days.

Dated:  August 20, 2021                                      Respectfully submitted,

*/s/ Jon Michael Philipson*
Jon Michael Philipson
Florida Bar No. 092960
Thomas & LoCicero, PL
601 South Boulevard
Tampa, FL 33606
Telephone: (813) 984-3060
Facsimile: (813) 984-3070
Primary: jphilipson@tlolawfirm.com
Secondary: dlake@tlolawfirm.com

-and-

>Kerry Alan Scanlon (admitted *pro hac vice*)
>Jeremy M. White (admitted *pro hac vice*)
>McDermott Will & Emery LLP
>500 North Capitol Street, NW
>Washington, DC 20001
>(202) 756-8696 telephone
>(202) 756-8087 facsimile
>kscanlon@mwe.com
>jmwhite@mwe.com
>
>*Attorneys for Defendant Walt Disney Parks and Resorts U.S., Inc.*

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), Disney's counsel conferred with counsel for plaintiffs on August 20, 2021, who indicated that they do not oppose this motion.

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all Counsel of Record.

>*/s/ Jon Michael Philipson*
>Jon Michael Philipson