**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**S.J.K. and S.L.K.,**

      **Plaintiffs,**

**v.**                                                  Case No: 6:14-cv-1890-ACC-GJK

**WALT DISNEY PARKS AND**
**RESORTS US, INC.,**

      **Defendant.**

## **ORDER**

This cause comes before the Court on Defendant Walt Disney Parks and Resorts US, Inc.'s Unopposed Motion to Brief the Court at its Earliest Convenience on the Changes to Disney's Attraction Access Programs and Other New Products (Doc. 117) filed August 20, 2021.

Based on the foregoing, it is ordered as follows:

1. Defendant's Unopposed Amended and Corrected Motion to Reschedule October 5, 2021 Hearing on Disney's Motion to Brief the Court at its Earliest Convenience on the Changes to Disney's Attraction Access Programs and Other New Products (Doc. 117) is **GRANTED**.

2. Defendant's Unopposed Motion to Reschedule October 5, 2021 Hearing (Doc. 116) is **DENIED** as moot.

3. The matter is set for hearing (in person)[1] for **Tuesday, October 19, 2021 at 10:00 a.m.** in Courtroom 6A, Orlando Courthouse Annex, 401 West Central Boulevard, Orlando, Florida before the Honorable Anne C. Conway.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on August 26, 2021.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] The Court may reconsider an in-person hearing in light of the ongoing COVID-19 pandemic.